# Court of Appeals
# of the State of Georgia

ATLANTA, September 17, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0064. EBONY J. MCCRORY v. SHERMELA J. WILLIAMS, JUDGE.**

Upon consideration of the APPELLANT'S RULE 40(C) ORIGINAL MANDAMUS in the above styled case, it is ordered that the motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 09/17/2025

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*